| | | | |
|---|---|---|---|
| In the Interest of: Y.F. ................ | 3315 EDA 2015<br>Affirmed | 07/13/2016 | CP–51–AP–0000731–<br>2014<br>CP–51–DP–0025119–<br>2010<br>(Philadelphia) |
| In the Interest of: Y.F. ................ | 3316 EDA 2015<br>Affirmed | 07/13/2016 | CP–51–AP–0000705–<br>2014<br>CP–51–DP–0025117–<br>2010<br>(Philadelphia) |
| Com. v. Crossley .................... | 3594 EDA 2015<br>Affirmed | 07/13/2016 | CP–23–CR–0004523–<br>2009<br>(Delaware) |
| Jenkins v. Jenkins [18] ................. | 1344 MDA 2015<br>Affirmed | 07/13/2016 | 2010–CV–139<br>(Sullivan) |
| Com. v. Andrews .................... | 1433 MDA 2015<br>Affirmed | 07/13/2016 | CP–22–CR–0003479–<br>2011<br>(Dauphin) |
| Com. v. Andrews .................... | 1434 MDA 2015<br>Affirmed | 07/13/2016 | CP–22–CR–0003479–<br>2011<br>(Dauphin) |
| Com. v. Trapp ...................... | 1493 MDA 2015<br>Affirmed | 07/13/2016 | CP–41–CR–0000866–<br>2011<br>(Lycoming) |
| Com. v. Hosler...................... | 2048 MDA 2015<br>Affirmed | 07/13/2016 | CP–54–CR–0001494–<br>2013<br>(Schuylkill) |
| Com. v. Strickland ................... | 65 MDA 2016<br>Affirmed | 07/13/2016 | CP–36–CR–0005034–<br>2007<br>(Lancaster) |
| Com. v. Creese...................... | 225 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 07/13/2016 | CP–67–CR–0001064–<br>2013<br>CP–67–CR–0004360–<br>2013<br>CP–67–CR–0004367–<br>2013<br>CP–67–CR–0004379–<br>2013<br>(York) |
| Com. v. Rader ...................... | 726 WDA 2015<br>Affirmed | 07/13/2016 | CP–43–CR–0001181–<br>2014<br>(Mercer) |
| Com. v. Barnes ..................... | 784 WDA 2015<br>Affirmed | 07/13/2016 | CP–25–CR–0001507–<br>2010<br>(Erie) |
| Com. v. Ghrist ...................... | 873 WDA 2015<br>Affirmed | 07/13/2016 | CP–65–CR–0001036–<br>2012<br>CP–65–CR–0004710–<br>2011<br>(Westmoreland) |
| Com. v. Pristas...................... | 1035 WDA 2015<br>Affirmed | 07/13/2016 | CP–02–SA–0000691–<br>2015<br>(Allegheny) |

18. Petition for reargument denied September 20, 2016.